IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| JAMES T. ROCHE | PETITIONER |
| VERSUS | NO. 1:09cv311-LG-RHW |
| RON KING | RESPONDENTS |

## FINAL JUDGMENT OF DISMISSAL

This matter having come on to be heard on the Report and Recommendation of United States Magistrate Judge Robert H. Walker [15] , the Court, after review and consideration of the Proposed Findings of Fact and Recommendation, the objections, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendation of Magistrate Judge Robert H. Walker entered on November 6, 2009, be, and the same hereby is, adopted as the opinion of this Court. This cause is hereby dismissed.

**SO ORDERED AND ADJUDGED** this the 8th day of March, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE