**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JAMES T. ROCHE** | **PETITIONER** |
| **VERSUS** | **CIVIL ACTION NO. 1:09CV311-LG-RHW** |
| **RON KING** | **RESPONDENT** |

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

__X__ A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

____ A Certificate of Appealability should issue for the following specific issue(s):


Date: March 8, 2010                                      *Louis Guirola, Jr.*
                                                                    UNITED STATES DISTRICT JUDGE